UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO. 3:14-cv-83

MICHAEL PHAN,

    Plaintiff,
v.

CREDIT CONTROL SERVICES, INC.,
d/b/a CREDIT COLLECTION SERVICES

                                                       **JURY DEMAND**

    Defendant.
_____/

**ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFF'S AMENDED COMPLAINT**

COMES NOW, Defendant, and files this Answer and Affirmative Defenses to the Plaintiff's Amended Complaint and states:

1. Admitted that Plaintiff brings suit under the TCPA, but denied that he is entitled to relief thereunder.

2. Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore, denied.

3. Denied.

4. Denied.

5. Denied.

6. Denied.

7. Admitted for jurisdictional purposes only; as to all other allegations contained herein, denied.

8. Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore, denied.

9. Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore, denied.

10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted that the TCPA states what it states; otherwise denied.

14. Admitted that the TCPA states what it states; otherwise denied.

15. Admitted that the TCPA states what it states; otherwise denied.

16. Admitted that the TCPA states what it states; otherwise denied.

17. Admitted that the FTC states what it states; otherwise denied.

18. Admitted that the FCC states what it states; otherwise denied.

19. Admitted that the TCPA states what it states; otherwise denied.

20. Admitted that the TCPA states what it states; otherwise denied.

21. Admitted that the TCPA states what it states; otherwise denied.

22. Admitted that the TCPA states what it states; otherwise denied.

23. Admitted that exhibit "A" speaks for itself; otherwise denied.

24. Admitted that exhibit "A" speaks for itself; otherwise denied.

25. Admitted that exhibit "B" speaks for itself; otherwise denied.

26. Admitted that exhibit "C" speaks for itself; otherwise denied.

27. Admitted that exhibit "D" speaks for itself; otherwise denied.

28. Admitted that exhibit "E" speaks for itself; otherwise denied.

29. Admitted that exhibit "F" speaks for itself; otherwise denied.

30. Admitted that exhibit "G" speaks for itself; otherwise denied.

31. Admitted that exhibit "H" speaks for itself; otherwise denied.

32. Admitted that exhibit "I" speaks for itself; otherwise denied.

33. Admitted that exhibit "J" speaks for itself; otherwise denied.

34. Admitted that exhibit "J" speaks for itself; otherwise denied.

35. Admitted that exhibit "K" speaks for itself; otherwise denied.

36. Admitted that exhibit "K" speaks for itself; otherwise denied.

37. Admitted that exhibit "K" speaks for itself; otherwise denied.

38. Admitted that exhibit "L" speaks for itself; otherwise denied.

39. Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore, denied.

40. Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore, denied.

41. Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore, denied.

42. Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore, denied.

43. Denied.

44. Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore, denied.

45. Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore, denied.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore, denied.

51. Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore, denied.

52. Denied.

53. Defendants re-allege and re-incorporate paragraphs 1 through 52 as though fully restated herein.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

58. Denied.

59. Denied.

60. Denied.

61. Denied.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

66. Denied.

67. Denied.

68. Defendants re-allege and re-incorporate paragraphs 1 through 52 as though fully restated herein.

69. Denied.

70. Denied.

71. Denied.

72. Denied.

73. Denied.

74. Denied.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's claim(s) may be barred in whole or in part by the applicable statute of limitations.

## SECOND AFFIRMATIVE DEFENSE

Any violation of the law or damage suffered by Plaintiff was due to the affirmative actions and/or omissions of Plaintiff or others, and does not give rise to any claim of damages against Defendant.

## THIRD AFFIRMATIVE DEFENSE

The debtor provided his/her prior express consent to be call on his/her cellular telephone.

## FOURTH AFFIRMATIVE DEFENSE

Defendant asserts, without admitting any liability whatsoever, that Defendant did not violate the TCPA as it does not utilize an automated telephone system to place telephone calls to any third party.

## DEMAND FOR JURY TRIAL

Defendant demands a trial by jury on all issues.

WHEREFORE, Defendant respectfully requests an Order dismissing the case and awarding it attorneys' fees and costs.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record, on this 6TH day of June, 2014.

> GOLDEN SCAZ GAGAIN, PLLC
> 201 North Armenia Avenue
> Tampa, Florida  33609
> Telephone:  (813) 251-5500
> Facsimile:   (813) 251-3675
> E-mail:  dgolden@gsgfirm.com
> E-mail: cmchale@gsgfirm.com
>
>
> By:  /s/ Charles J. McHale
> Dale T. Golden, Esquire
> Florida Bar No.: 094080
> Charles J. McHale, Esquire
> Florida Bar No.:  0026555
> ***Attorneys for Defendant***