United States District Court
Middle District of Florida
Jacksonville Division

MICHAEL PHAN,

      *Plaintiff,*

v.                                        **NO. 3:14-cv-83-J-32PDB**

CREDIT CONTROL SERVICES, INC.,

      *Defendant.*

---

## Amended Case Management and Scheduling Order

As discussed at the August 13, 2014, hearing, Doc. 52, the Court establishes the following amended deadlines, event dates, and requirements. The Court cancels the mediation deadline and schedules a settlement conference before the Honorable Patricia D. Barksdale.

1.   **Deadlines and Dates**

| Action or Event | Deadline or Date |
|---|---|
| Deadline for disclosing the defendant's experts and expert report under Fed. R. Civ. P. 26(a)(2) | 09/26/14 |
| Deadline for disclosing the plaintiff's experts and expert report under Fed. R. Civ. P. 26(a)(2) | 10/24/14 |
| Deadline for completing discovery and filing any motion to compel discovery under Fed. R. Civ. P. 37 and Local Rule 3.04 | 11/28/14 |
| Date and time of settlement conference before the Hon. Patricia D. Barksdale, Courtroom 5B | 12/09/14 1:00 p.m. |
| Deadline for filing any dispositive and *Daubert* motions | 12/26/14 |

| Deadline for filing all other motions and the joint final pretrial statement under Local Rule 3.06(c) | 04/13/15 |
| Date and time of the final pretrial conference under Fed. R. Civ. P. 16(e) and Local Rule 3.06(a) (Courtroom 10D) | 04/22/15 10:00 a.m. |
| Trial term begins | 05/04/15 9:00 a.m. |

**Ordered** in Jacksonville, Florida, on August 27, 2014.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:      Counsel of record

Michael Phan
6030 Bartram Village Drive
Jacksonville, FL 32258

Alexandra K. Hedrick
4446 Hendricks Ave., Suite 398
Jacksonville, FL 32207