United States District Court
Middle District of Florida
Jacksonville Division

**MICHAEL PHAN,**

    *Plaintiff,*

v.                                                                   NO. 3:14-cv-83-J-32PDB

**CREDIT CONTROL SERVICES, INC.,**

    *Defendant.*

---

## Order

Before the Court is the defendant's motion to quash a subpoena directed at a third party. Doc. 55. In his response to the motion, the plaintiff represents that he has amended his document request to (1) seek only records of telephone calls to the numbers ending in 2009 and 4097 and (2) narrow the window of time of his requests to the period between August 1, 2009, and August 1, 2011. Doc. 58 at 3, *see* Doc. 57-4 at 1, 4. He also extended the response deadline from October 1 to October 15. Doc. 58 at 7; Doc. 57-3 at 1. Because the plaintiff has substantially amended his requests, the Court **denies as moot** the defendant's motion to quash the subpoena, Doc. 55, without prejudice to renewing any objections to the new requests.

**Ordered** in Jacksonville, Florida, on October 3, 2014.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c: Michael Phan
6030 Bartram Village Drive
Jacksonville, FL 32258

Counsel of Record