**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MICHAEL PHAN,

    Plaintiffs,

vs.                                        Case No.: 3:14-cv-00083-TJC-PDB

CREDIT CONTROL SERVICES, INC.,
d/b/a CREDIT COLLECTION SERVICES,

    Defendant.
_____/

**<u>JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this matter shall be dismissed with prejudice, with each party to bear its own attorney's fees and costs.

Dated: January 7, 2015                          Respectfully submitted,

<u>/s/Ryan G. Moore</u>_____          <u>/s/ Charles J. McHale</u>_____
Ryan G. Moore                                 Charles J. McHale, Esquire
FBN: 70038                                       FBN: 0026555
**WENDELL FINNER, P.A.**              **GOLDEN SCAZ GAGAIN, PLLC**
340 Third Avenue South, Suite A        201 North Armenia
Jacksonville, FL 32250-6767              Tampa, FL 33609
Tel.: 904-242-7070; Fax 904-242-7054    813-251-5500(p) 813-251-3675(f)
ryan@beacheslaw.com                       cmchale@gsgfirm.com